**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*
*James M. Hanley Federal Building*
*Syracuse, New York 13261-7198*

*Tel.: (315) 448-0672*
*Fax: (315) 448-0658*

June 16, 2025

Hon. David N. Hurd
U.S. District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

**Re:** ***United States v. Dustin Smith***
**Criminal No.: 24-CR-73**

Dear Judge Hurd:

On November 1, 2024, the Court issued a Preliminary Order of Forfeiture directing forfeiture of the above-named defendant's interest, if any, in certain property.

The United States published notice of the Preliminary Order of Forfeiture on the government's official internet website, www.forfeiture.gov, and the declaration of said publication is on file with the District Court Clerk's Office. The notice advised all potential third parties of their right to petition the Court within sixty (60) days after the first day of publication for a hearing to adjudicate the validity of their claimed legal interest in the forfeited properties. The government also provided direct written notice to all known potential third parties, if any. There have been no petitions in response to either form of notice.

In accordance with General Order 15 (IV)(H) and Fed. R. Crim. P. 32.2(b)(4) the government submits this letter to advise the Court that (i) no ancillary claims were filed, (ii) the Preliminary Order of Forfeiture is now final as to the defendant, and (iii) no separate Final Order of Forfeiture will be presented.

Very truly yours,

JOHN A. SARCONE III
United States Attorney

By: *__/s/ Elizabeth A. Conger__*
Elizabeth A. Conger
Assistant United States Attorney
Bar Roll No. 520872

EAC/tkc
cc: Gabriela E. Wolfe, via ECF